## CIVIL CAUSE FOR CONFERENCE:

Before JUDGE: __GLEESON__  DATE: _9/9/11_  TIME: _10:40 – 11:10 AM_
Docket Number: _11 CV 2744_
TITLE: _Bank vs. Caribbean Cruise Line, Inc._
Courtroom Deputy: ~~Ilene Lee~~ V. Klein  CR: _Charisse Kitt_

APPEARANCES:

FOR PLAINTIFF: _Todd C. Bank_

FOR PLAINTIFF: _____

FOR DEFENDANT: _Richard Epstein_

FOR DEFENDANT: _____

**✓** CASE CALLED.

___ COUNSEL FOR _____ NOT PRESENT.

___ STATUS CONFERENCE HELD.  ___ PRE-MOTION CONFERENCE HELD.

___ CASE MARKED READY FOR JURY TRIAL ON _____ @ _____.

___ PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

___ ALL DISCOVERY TO BE COMPLETED BY _____.

___ _____ MOTION TO _____.

BRIEFING SCHEDULE:
  Motion due: _____ Opposition/Response due: _____ Replies due: _____

**✓** ORAL ARGUMENT/MOTION HEARING HELD  ___ Motion GRANTED  **✓** Motion DENIED

___ DECISION RESERVED  ___ DECISION READ INTO THE RECORD.

___ DECISION IS TAKEN UNDER SUBMISSION.

Δ to respond to pleadings no later than October 3, 2011.