## INITIAL CONFERENCE QUESTIONNAIRE

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: Two Weeks after Initial Conference – 11.9.11

2. If additional interrogatories beyond the 25 permitted under the federal rules are needed, the maximum number of: plaintiff(s) __50__ and defendant(s) ____50*____

   * As the Complaint is styled as a class action, Defendant has listed the number of depositions anticipating pre-class certification.

3. Number of depositions by plaintiff(s) of: parties __1__ non-parties __10__

4. Number of depositions by defendant(s) of: parties __5__ non-parties __10*__

   *As the Complaint is styled as a class action, Defendant has listed the number of depositions anticipating pre-class certification.

5. Date for completion of factual discovery:   7.2.12

6. Number of expert witnesses of plaintiff(s): _N/A_ medical _*_ non-medical

   *Plaintiff does not anticipate the number of experts he will need at this time – each party has agreed to notify the other party when it is determined one is necessary

   Date for expert report(s): Plaintiff –   9.14.12

7. Number of expert witnesses of defendant(s): _N/A_ medical _*_ non-medical

   *Defendant does not anticipate the number of experts he will need at this time – each party has agreed to notify the other party when it is determined one is necessary

   Date for expert report(s):   9.14.12

8. Date for completion of expert discovery:   11.1.12

9. Time for amendment of the pleadings by plaintiff(s)   5.2.12

   by defendant(s)   5.2.12

10. Number of proposed additional parties to be joined by plaintiff(s) Plaintiff's Request: 3.7.12 (1 month after fact discovery) Defendant's Request – 5.2.12 (two months before fact discovery ends) and by defendant(s) Plaintiff's Request: 3.7.12 (1 month after fact

discovery) Defendant's Request – 5.2.12 (two months before fact discovery ends) and time for completion of joinder: Plaintiff's Request: 3.7.12 (1 month after fact discovery) Defendant's Request – 5.2.12 (two months before fact discovery ends)

11. Types of contemplated dispositive motions: plaintiff(s): Motion for Summary Judgment defendant(s): Motion for Summary Judgment

12. Dates for filing contemplated dispositive motions: plaintiff(s): 12.4.12 after date to amend pleadings or join parties) defendant(s): months after close of discovery)

13. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference. Parties agreed that PDF is an acceptable form of discovery

14. Have counsel reached any agreements regarding disclosure of experts' work papers (including drafts) and communications with experts? If so, please describe at the initial conference.

The parties agree that such information shall not be disclosed and shall remain privileged.

15. Will the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (Answer no if any party declines to consent without indicating which party has declined.)
Yes _______ No __X___