

888.491.1120
www.gmlaw.com

From the desk of:
Jeffrey A. Backman, Esq.
200 East Broward Boulevard, Suite 1500
Fort Lauderdale, Florida 33301
Phone: 954.764.6660
Fax: 954.764.4996
Direct Phone: 954.734.1853
Direct Fax: 954.213.0140
Email: jeffrey.backman@gmlaw.com

September 24, 2013

*Via CM/ECF*
The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Todd C. Bank v. Caribbean Cruise Line, Inc.*
      Case No. 1:11-2744
      <u>Our File No. 20581.0052</u>

Dear Judge Brodie:

Pursuant to Judge Viktor Pohorelsky's Scheduling Order dated September 6, 2013, Defendant's counsel requests a pre-motion conference in the above-referenced matter. Specifically, Defendant, Caribbean Cruise Line, Inc. intends to file a Motion for Summary Judgment and seek all available damages against the Plaintiff, Todd C. Bank.

Respectfully,

GREENSPOON MARDER, P.A.

*s/Jeffrey A. Backman*

Jeffrey A. Backman, Esq.
For the Firm

JAB/mc
cc:   Todd C. Bank, Esquire (via CM/ECF)