UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CASE NO: 11-2744-CIV-BRODIE
Magistrate Judge Pohorelesky

TODD C. BANK, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiff,
vs.

CARIBBEAN CRUISE LINE, INC.,

    Defendant.
_____/

## DEFENDANT CARIBBEAN CRUISE LINE, INC.'S
## NOTICE OF TAXATION OF COSTS

Notice is hereby given that Defendant, Caribbean Cruise Line, Inc. ("CCL"), pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rule 54.1., hereby files its Notice of Taxation of Costs, which is supported by the attached Affidavit and its Exhibits. CCL seeks taxation at 9am on December 17, 2013. The costs sought by CCL are identified in the attached Affidavit and its Exhibits, totaling $1,299.20, as detailed below.[1] CCL is timely filing this Notice within thirty (30) days of the Court's judgment granting summary judgment in CCL's favor, on November 8, 2013.[2]

### BILL OF COSTS

| Date | Cost Type | Amount | Narrative | Recoverable Under |
|---|---|---|---|---|
| 7.28.11 | Filing Fee | $50.00 | Pro Hac Filings for R. Epstein and R. Bratter | LR 54.1(c)(10) |
| 2.15.12 | Certified Copy of | $231.60 | Transcript for | LR 54.1(c)(1) |

---

    1.    *See* Affidavit of Jeffrey Backman, Esq., and supporting exhibits, attached as ***Exhibit A***.
    2.    *See* Minute Order granting Defendant's Motion for Summary Judgment (no docket entry number) attached as ***Exhibit B***.

|  | Transcript |  | Caribbean Cruise Line Deposition |  |
|---|---|---|---|---|
| 3.19.12 | Subpoena Fees | $42.66 | Subpoena to GoDaddy for Todd Bank's Records | LR 54.1(c)(10) |
| 6.19.12 | Transcripts/Deposition Costs | $568.00 | Todd Bank Deposition on 5.18.12 | LR 54.1(c)(1)-(2) |
| 8.9.12 | Sanctions Ordered by Court | $356.94 | Sanctions Ordered in DE 48 | LR 54.1(c)(10) |
| 9.19.13 | Filing Fee | $25.00 | Pro Hac Filing for J. Backman | LR 54.1(c)(10) |
| 9.19.13 | Filing Fee | $25.00 | Pro Hac Filing for M. Clark | LR 54.1(c)(10) |
|  | **TOTAL** | **$1,299.20** |  |  |

Dated: December 3, 2013                GREENSPOON MARDER, P.A.

*s/Richard Epstein*
RICHARD W. EPSTEIN
(Fla. Bar No. 229091)
(Admitted Pro Hac Vice)
Richard.Epstein@gmlaw.com
REBECCA F. BRATTER
(Fla. Bar No. 0685100)
(Admitted Pro Hac Vice)
Rebecca.Bratter@gmlaw.com
JEFFREY A. BACKMAN
 (Fla. Bar. No. 662501)
(Admitted Pro Hac Vice)
Jeffrey.Backman@gmlaw.com
200 E. Broward Blvd.
Suite 1500
Ft. Lauderdale, FL 33301
954-491-1120 (telephone)
954-343-6958 (facsimile)
-and-
MORGAN MELHUISH ABRUTYN
Richard T. Imossi, Esq.
rimossi@morganlawfirm.com
39 Broadway – Suite 1701
New York, New York 10006
212-809-1111

*Attorneys for Caribbean Cruise Line*

*CCL's Notice of Taxation of Costs*
Case No. 11-2744-CIV-BRODIE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Counsel for Caribbean Cruise Line, Inc's Notice of Taxation Costs was electronically filed with the Clerk of Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification on this 3rd day of December, 2013.

Todd C. Bank
Attorney at Law
119-40 Union Turnpike
Fourth Floor
Kew Gardens, New York 11415

                                          */s/Richard W. Epstein*_____
                                          RICHARD W. EPSTEIN