UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TODD C. BANK, individually and on behalf　　　　　JUDGMENT
of all others similarly situated,　　　　　　　　　　　　11-CV- 2744 (MKB)

                            Plaintiff,

   -against-

CARIBBEAN CRUISE LINE, INC.,

                           Defendant.
----------------------------------------------------------X

       An Order of Honorable Margo K. Brodie, United States District Judge, having been filed on January 23, 2014, granting Defendant's motion for summary judgment, for the reasons stated on the record at the oral argument on November 8, 2013; and directing the Clerk of Court to mark the matter closed; it is

       ORDERED and ADJUDGED that Defendant's motion for summary judgment is granted, for the reasons stated on the record at the oral argument on November 8, 2013; and that the matter is closed.

Dated: Brooklyn, New York　　　　　　　　　　　　　　Douglas C. Palmer
       January 23, 2014　　　　　　　　　　　　　　　　　Clerk of Court

                                                          by:   /s/ Janet Hamilton
                                                                    Deputy Clerk